```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 11501
   BOBBIE J WILLIAMS
                                                  CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8377


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/06/2008 and was confirmed 07/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
MONTEREY FINANCIAL         SECURED            500.00          3.57         37.84
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC   14325.00        301.12       1214.20
TOYOTA MOTOR CREDIT CORP   UNSECURED         8611.82           .00           .00
AMERICAN COLLECTION        NOTICE ONLY     NOT FILED           .00           .00
CUBSA INC                  UNSECURED       NOT FILED           .00           .00
DAIMLER CHRYSLER FINANCI   UNSECURED        12000.64           .00           .00
DEPENDON COLLECTION SERV   UNSECURED       NOT FILED           .00           .00
DEVON FINANCIAL SERVICE    UNSECURED          266.85           .00           .00
GREAT AMERICAN FINANCE     UNSECURED          388.98           .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED           .00           .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED           .00           .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED           .00           .00
MCI                        UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL GROUP        NOTICE ONLY     NOT FILED           .00           .00
PARK DANSAN                NOTICE ONLY     NOT FILED           .00           .00
PARK DANSAN                NOTICE ONLY     NOT FILED           .00           .00
RIEZMAN & BLITZ            NOTICE ONLY     NOT FILED           .00           .00
RESURRECTION HEALTH CARE   UNSECURED       NOT FILED           .00           .00
SBC BANKRUPTCY DEPT        UNSECURED       NOT FILED           .00           .00
SPRINT PCS                 UNSECURED       NOT FILED           .00           .00
TCF FINANCIAL SERVICE      UNSECURED       NOT FILED           .00           .00
VERIZON WIRELESS           UNSECURED         1145.33           .00           .00
RK MANAGEMENT              NOTICE ONLY     NOT FILED           .00           .00
AT&T                       UNSECURED       NOT FILED           .00           .00
PREMIER BANCARD CHARTER    UNSECURED          383.41           .00           .00
TIMOTHY K LIOU             UNSECURED         1118.47           .00           .00
MIRAMED REVENUE GROUP      NOTICE ONLY     NOT FILED           .00           .00
WEST SUBURBAN HEALTH CAR   UNSECURED       NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           99.06           .00           .00
MONTEREY FINANCIAL         UNSECURED          476.44           .00           .00
HSBC CARD SVCS             FILED LATE         136.98           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY           268.67           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11501 BOBBIE J WILLIAMS
```

```
ILLINOIS DEPT OF REVENUE   UNSECURED        302.32            .00            .00
JENNIFER A BLANC DOUGE     ATTORNEY        2900.00            .00          14.36
PRO SE DEBTOR              DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                        132.91
DEBTOR REFUND              REFUND                                            .00
```

Summary of Receipts and Disbursements:

```
                            RECEIPTS           DISBURSEMENTS

TRUSTEE                    1,704.00

PRIORITY                                            .00
SECURED                                         1,252.04
    INTEREST                                      304.69
UNSECURED                                           .00
ADMINISTRATIVE                                    14.36
TRUSTEE COMPENSATION                             132.91
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                     1,704.00             1,704.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 03/10/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```